UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:18-cr-00306 |
| | **(Violation 6906277)** |
| v. | |
| | **ORDER** |
| **JOHN C. HACKER,** | |
| Defendant. | |

    This matter having come before this Court upon motion of the government, and the Court having fully considered government's request for a continuance of the trial setting,

    IT IS HEREBY ORDERED that trial in the above case set for February 8, 2019, is stricken and the matter is deferred to the March 1, 2019, CVB docket, with a scheduling conference to be coordinated by the parties.

    I HEREBY FIND that additional time is required for the government to prepare for trial.

    I FURTHER FIND that this continuance constitutes excludable delay pursuant to Title 18,

///

///

///

///

///

Order                                                                                     Page 1

United States Code, Section 3161(h)(7)(A); that the ends of justice to be served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: February __3__, 2019.

_____
The Honorable Jolie A. Russo
UNITED STATES MAGISTRATE JUDGE

Presented by:

BILLY J. WILLIAMS, OSB #901366
United States Attorney

*s/ Ryan W. Bounds*
**RYAN W. BOUNDS, OSB #00012**
Assistant United States Attorney

JOSHUA M. SHERMAN
Certified Law Clerk