BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**WILLIAM M. NARUS, CASB #243633**
Assistant United States Attorney
William.Narus@usdoj.gov
JOSHUA M. SHERMAN
Certified Law Clerk
Joshua.Sherman3@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| UNITED STATES OF AMERICA | 3:18-po-00306-SB |
|---|---|
| v. | Violation No. 6906277 |
| JOHN C. HACKER, | GOVERNMENT'S EXHIBIT LIST |
| Defendant. | |

The United States of America, by Billy J. Williams, United States Attorney, and through William M. Narus, Assistant United States Attorney and Joshua M. Sherman Certified Law Clerk, hereby advises the Court and defendant of the intent to offer the following evidence at trial:

| Ex. # | Description | Bates Number | Stipulated Admission /Objection | Offered/Admitted/Received |
|---|---|---|---|---|
| 1 | FPS Inspector Rommes Supplemental Report | 5-7, 9-10 | | |
| 2 | Photograph of Rally Entrance | 18 | | |
| 3 | Photograph of Rally Entrance | 19 | | |

**Government's Exhibit List**                                                                                     Page 1

| Ex. # | Description | Bates Number | Stipulated Admission /Objection | Offered/Admitted/Received |
|---|---|---|---|---|
| 4 | GSA Rules and Regulations | 20 | | |
| 5 | GSA Authorized 6/30/18 Permit | 22-23 | | |

Dated:  April 4, 2019

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ William M. Narus*
WILLIAM M. NARUS, CASB #243633
Assistant United States Attorney

*s/ Joshua M. Sherman*
JOSHUA M. SHERMAN
Certified Law Clerk

**Government's Exhibit List, 3:18-po-306,** *U.S. v. Hacker*       **Page 2**