AO 245H        Judgment in a Criminal Case - DISTRICT OF OREGON CUSTOMIZED (Rev. 9/2017)

DEFENDANT: JOHN C HACKER                                                Judgment-Page **1** of **1**
CASE NUMBER: 3:18-PO-00306-SB-1

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

**UNITED STATES OF AMERICA**             **JUDGMENT IN A CRIMINAL CASE**
    Plaintiff,                             (For a Petty Offense)

v.                                       Case No.: 3:18-PO-00306-SB-1

**JOHN C. HACKER**                       USM Number:

    Defendant.                             Kenneth A. Kreuscher,
                                         Defendant's Attorney

                                         William M. Narus,
                                         Assistant U.S. Attorney

**THE DEFENDANT:**

☒ The defendant has been found NOT GUILTY on count 1 and is discharged as to such count.

☒ Count 2 is dismissed on the motion of the United States.

April 05, 2019
Date of Imposition of Sentence

*/s/ Stacie F. Beckerman*
Signature of Judicial Officer

Stacie F. Beckerman, U.S. Magistrate Judge
Name and Title of Judicial Officer

April 8, 2019